TORKILDSON, KATZ, MOORE,
HETHERINGTON & HARRIS,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS          2718-0
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
MIKE POSTEL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ANTHONY TRAN BEADLE, | CIVIL NO. |
|---|---|
| Plaintiff, | |
| v. | DEFENDANT MIKE POSTEL'S NOTICE OF REMOVAL OF STATE COURT ACTION TO FEDERAL COURT; DECLARATION OF JEFFREY S. HARRIS; EXHIBITS A-B; CERTIFICATE OF SERVICE |
| MIKE POSTAL, | |
| Defendant. | |

**DEFENDANT MIKE POSTEL'S NOTICE OF REMOVAL OF
STATE COURT ACTION TO FEDERAL COURT**

Defendant MIKE POSTEL ("Defendant") through counsel, Torkildson Katz Moore Hetherington & Harris, gives Notice of Removal to the United States District Court for the District of Hawaii of the state court action captioned *Anthony

*Tran Beadle v. Mike Postal*, Civil No. 1RC16-1-8708, filed in the District Court of the First Circuit, Koolauloa Division, State of Hawaii by Plaintiff Anthony Tran Beadle ("Plaintiff").  Defendant makes the Notice of Removal under 28 U.S.C. §§ 1331, 1367 and 1441 and bases it on:

## BACKGROUND

1. On December 16, 2016, Plaintiff filed the Complaint attached as Exhibit A ("Complaint") in Hawaii state court.  The Complaint alleged Defendant barred Plaintiff's entry into Defendant's store stating Plaintiff's dog wasn't allowed in without a leash.  Defendant could not ascertain from the allegations in the Complaint the case was removable.

2. On January 27, 2017, Plaintiff filed the Amended Complaint attached as Exhibit B ("Amended Complaint").  The Amended Complaint claimed Defendant violated the Americans with Disabilities Act ("ADA"), by requiring Plaintiff's service dog to be leashed and on the ground and inquiring whether the dog was a service animal.

## TIMELINESS OF REMOVAL

3. This Notice of Removal is timely as the Amended Complaint was the paper from which Defendant could first ascertain the case was removable under 28 U.S.C. § 1446(b)(3).  See *PSC Indus. Outsourcing, LP v. Burlington Ins. Co.,* No. 10-00751 ACK-BMK, 2011 U.S. Dist. LEXIS 50223, at *12-22 (D. Haw. 2*011)*.

## ORIGINAL JURISDICTION—ALLEGED VIOLATION OF ADA

4.      According to 28 U.S.C. § 1331, this Court has original jurisdiction of Plaintiff's claims.  The claims arise under Title III of the ADA.  42 USC §§ 12182 and 12188.

## SUPPLEMENTAL JURISDICTION

5.      The Court has supplemental jurisdiction of all other claims alleged in the Complaint under 28 U.S.C. § 1367, because they are so related to the claims arising under the ADA they form part of the same case or controversy under Article III of the United States Constitution.

## VENUE

6.      Venue is proper because Defendant resides in Hawaii, the events giving rise to the Complaint allegedly occurred in Hawaii and this action was brought originally in the District Court of the First Circuit, Koolauloa Division, State of Hawaii.  *See* 28 U.S.C. §§ 1391, 1441, 1446(a).

## NOTICE OF REMOVAL

7.      Defendant will promptly serve this Notice of Removal on Plaintiff and file it with the Clerk of the District Court of the First Circuit, State of Hawaii.

8.      According to 28 U.S.C. § 1446(a), attached is a copy of all of process, pleadings, and orders served on Defendant:

- Exhibit A: Complaint;

- Exhibit B: Amended Complaint.

WHEREFORE, Defendant requests the above action pending before the District Court of the First Circuit, State of Hawaii be removed to the United States District Court for the District of Hawaii.

DATED:  Honolulu, Hawaii, February 2, 2017.

                  TORKILDSON, KATZ, MOORE,
                  HETHERINGTON & HARRIS,
                  Attorneys at Law, A Law Corporation


                  /s/ Jeffrey S. Harris
                  JEFFREY S. HARRIS
                  Attorneys for Defendant
                  MIKE POSTEL

2109889.V1