Anthony Tran Beadle
156 Kihapai St. Unit C
Kailua, HI, 96734
(808) 546-9291
commokazi@gmail.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **ANTHONY TRAN BEADLE,** | Case No.: 17-00049 JMS-KSC |
| Plaintiff, | |
| vs. | SECOND AMENDED COMPLAINT |
| **WHOLE FOODS INC.,** | |
| Defendant | |

### SUMMARY

Whole Foods Inc. is a public establishment required to adhere to local and federal laws. Anthony Tran Beadle was denied entry into Whole Foods Inc. because of a discriminatory policy the company has established to exclude persons with disabilities from entering their establishments. Persons with service animals who are tethered and on the ground, meet the standards for entry according to Whole Foods Inc. This policy excludes persons with disabilities to whom need to carry their service animals for reasons that deal exclusively with their disability. Forced to disclose his disabilities, in public, to a non-medical professional, has caused severe emotional distress to Anthony Tran Beadle.

Whole Foods Inc. has a sign clearly stating that they follow the guidelines of the A.D.A., however they do not advertise any specifics on how service dogs can, and cannot be transported within their stores. This has caused severe inconvenience for Anthony Tran Beadle, as he no longer can patron Whole Foods Inc. Anthony Tran Beadle was forced to disclose his disabilities publicly, to the staff member identified as a manager of the store. This embarrassment has become a serious issue causing him to lose concentration in school, and adversely effecting his health as he has a need for a special diet, having extremely high triglyceride levels. Whole Foods Inc. has established itself as a center for healthy food options that would satisfy Anthony Tran Beadle's special diet, having

SECOND AMENDED COMPLAINT - 1

both immediate food options and to go. No other food establishments meet the requirements for Anthony Tran Beadle's budget, and diet requirements.

The week of the two interactions with Whole Foods Inc. Anthony Tran Beadle failed two finals for two college courses. This resulted in a lowering of his G.P.A. which; had he passed both finals he would have maintained his higher G.P.A. As Anthony Tran Beadle was publicly embarrassed; taking his service dog into Whole Foods Inc. only serves to further his embarrassment. Attempts to rectify this issue with Whole Foods Inc. has been in vain, as they have stuck to their policy of discrimination, with no other attempts to resolve this discriminatory policy. Whole Foods Inc. has established a pattern of intentional discrimination against Anthony Tran Beadle's disabilities as they have not offered to treat him as any other customer. Whole Foods Inc.'s offer to accommodate him comes at a cost, further embarrassment; as they have only offered to have employees follow him around the store to assist with his shopping. It is Whole Foods Inc. intent to further discriminate against persons with disabilities as they have established policies that are intentionally discriminatory against persons with disabilities.

Anthony Tran Beadle has attempted to resolve this matter in lower courts for the sum of $13,000, which would have covered the cost of his tuition as he must retake several classes. As this matter has continued in court, and escalated to federal court, the cost of his emotional well-being, along with his academic career has amounted to the sum of $50,000. It is unclear at this point as to the cost of his academic career and earning potential, as the classes he has not passed because of this issue may exclude him from future graduate programs, and employment. This cost does not include legal fees, nor does it include damages that have risen as the result of having to shop at other locations.

Dated this 15 of May, 2017.

_____
Anthony Tran Beadle, pro se

SECOND AMENDED COMPLAINT - 2