TORKILDSON, KATZ, MOORE,
HETHERINGTON & HARRIS,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS          2718-0
JENNIFER L. GITTER         10503-0
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for MRS. GOOCH'S NATURAL
FOODS MARKET DBA WHOLE FOODS
MARKET (not Whole Foods Inc.)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY TRAN BEADLE, | CIVIL NO. 17-00049 JMS-KSC |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER |
| v. | |
| WHOLE FOODS INC., | |
| Defendant. | Trial Date:  June 19, 2018 |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS
AND PARTIES**


Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

ANTHONY TRAN BEADLE and MRS. GOOCH'S NATURAL FOODS

MARKET dba WHOLE FOODS MARKET ("Whole Foods Market") stipulate to

the dismissal with prejudice of all Plaintiff's claims in this action.  There are no

remaining claims or parties.  Each party will bear its own costs, attorneys' fees and

interest.

WHEREFORE, the Parties respectfully request this Court enter an Order

dismissing this case with prejudice and without the payment of costs, interest or

attorneys' fees by any Party.

DATED:  Honolulu, Hawaii, July 5, 2017.

STIPULATED AND AGREED:

/s/ Anthony Tran Beadle
ANTHONY TRAN BEADLE
Plaintiff Pro Se

TORKILDSON, KATZ, MOORE,
HETHERINGTON & HARRIS,
Attorneys at Law, A Law Corporation

/s/ Jeffrey S. Harris
JEFFREY S. HARRIS
JENNIFER L. GITTER
Attorneys for MRS. GOOCH'S NATURAL
FOODS MARKET DBA WHOLE FOODS
MARKET (not Whole Foods Inc.)

APPROVED AND SO ORDERED:

_Anthony Tran Beadle v. Whole Foods Inc._; CV No. 17-00049 JMS-KSC;
**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS
AND PARTIES.**

-2-

2166448.V1

MARKET dba WHOLE FOODS MARKET ("Whole Foods Market") stipulate to the dismissal with prejudice of all Plaintiff's claims in this action.  There are no remaining claims or parties.  Each party will bear its own costs, attorneys' fees and interest.

WHEREFORE, the Parties respectfully request this Court enter an Order dismissing this case with prejudice and without the payment of costs, interest or attorneys' fees by any Party.

DATED:  Honolulu, Hawaii, July 5, 2017.

**STIPULATED AND AGREED:**

_____
ANTHONY TRAN BEADLE
Plaintiff Pro Se


TORKILDSON, KATZ, MOORE,
HETHERINGTON & HARRIS,
Attorneys at Law, A Law Corporation

/s/ Jeffrey S. Harris
_____
JEFFREY S. HARRIS
JENNIFER L. GITTER
Attorneys for MRS. GOOCH'S NATURAL
FOODS MARKET DBA WHOLE FOODS
MARKET (not Whole Foods Inc.)

*Anthony Tran Beadle v. Whole Foods Inc.*; CV No. 17-00049 JMS-KSC;
**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS
AND PARTIES.**

-2-

2166448.V1

APPROVED AND SO ORDERED:


DATED:  Honolulu, Hawaii, July 11, 2017.




/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

---

*Anthony Tran Beadle v. Whole Foods Inc.*; CV No. 17-00049 JMS-KSC;
**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS
AND PARTIES.**

2166448.V1